# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LYNDON LASITER

VERSUS

CYRUS CHIASSON, BRETT
CHIASSON, WILLIAM Z.
BUCKNER, AND ELIZABETH
BUCKNER

NO.  2022 CW 0146

**MAY 13, 2022**

---

In Re:    Lyndon Lasiter, applying for supervisory writs, Baton
          Rouge City Court, Parish of East Baton Rouge, No.
          201903088.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

 **WRIT GRANTED WITH ORDER.** The city court's December 1, 2021 ruling denying the motion for summary judgment filed by the plaintiff, Lyndon Lasiter, is vacated. Considering the unique circumstances caused by Hurricane Ida and Covid-19 restrictions and closures, especially in light of the fact the office of the attorney for the defendant is located in St. John the Baptist Parish which was devastated by Hurricane Ida, and because of the city court's concerns, it should have continued the hearing on the motion for summary judgment so that the opposition would have been timely filed and the mover would have been able to file an objection to any document in a timely filed reply memorandum. La. Code Civ. P. art. 966(C)(2) and (D)(2). This matter is remanded to the city court with instructions to re-set the motion for summary judgment in accordance with the mandatory guidelines established in Louisiana Code of Civil Procedure Article 966.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
  FOR THE COURT